UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MOLLY MARTIN and LAUREN BARRY, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>CARGILL, INCORPORATED,<br><br>　　　　　　　　　　Defendant. | Case No. 13-cv-2563 (RHK/JJG)<br><br>**NOTICE OF HEARING ON UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CERTIFICATION OF SETTLEMENT CLASS, APPROVAL OF NOTICE PLAN, AND SCHEDULING OF DATE FOR FINAL FAIRNESS HEARING** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the above-titled motion is being filed in accordance with the directions received from the presiding judge's courtroom deputy a hearing for the above-titled motion will take place on October 23, 2013 at 8:00 a.m. in Courtroom 6B at the Warren E. Burger Federal Building & United States Courthouse, 316 North Robert Street, 100 Federal Building, St. Paul, MN 55101 before Judge Richard H. Kyle. We, the Plaintiffs Molly Martin and Lauren Barry will move the Court, pursuant to Federal Rule of Civil Procedure 23(e), for the entry of an Order:

1. Preliminarily approving the Settlement;
2. Directing distribution of the notice of the proposed Settlement to the Class; and
3. Setting a schedule for the final approval process.

DATED: September 19, 2013    **HALUNEN & ASSOCIATES**

  s/ Melissa Wolchansky
Clayton D. Halunen (Bar No. 219721)
*halunen@halunenlaw.com*
Susan Coler (Bar No. 0217621)
*coler@halunenlaw.com*
Melissa Wolchansky (Bar No. 0387900)
*wolchansky@halunenlaw.com*
1650 IDS Center
80 S 8th Street
Minneapolis, Minnesota  55402
Telephone: (612) 605-4098
Facsimile: (612) 605-4099

**REESE RICHMAN LLP**
Kim E. Richman
krichman@reeserichman.com
Michael R. Reese
*mreese@reeserichman.com*
875 Avenue of the Americas, 18th Floor
New York, New York  10001
Telephone: (212) 643-0500
Facsimile:  (212) 253-4272

*Counsel for Plaintiffs and the Proposed Class*